IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CECIL MAX GEORGE | § | |
| VS. | § | CIVIL ACTION NO. 9:18cv34 |
| TONY O'HARE, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Cecil Max George, an inmate confined at the Eastham Unit, proceeding *pro se*, brings the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's motion for default judgment and motion for demand for judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the magistrate judge is **ACCEPTED**. It is therefore

**ORDERED** that plaintiff's motion for default judgment and motion for demand for judgment are **DENIED.** So **ORDERED** and **SIGNED March 15, 2020.**

_____
Ron Clark, Senior District Judge